**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL FERNANDEZ,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>GREGORIO SANTIAGO, ET AL.<br><br>　　　　Defendant(s). | Case No.　CV-17-00072-R<br><br>**ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER RE: NOTICE TO COUNSEL** |

　　　Plaintiff/Parties were ordered to show cause in writing by not later than **May 25, 2017** why this action should not be dismissed for failure to submit a Joint Report of Early Meeting as ordered in this Court's Order Re: Notice to Counsel;

　　　WHEREAS the period has elapsed without the proper compliance of a filed joint report of early meeting or without any good cause shown to warrant an extension;

　　　The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated: June 9, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE